1  MARC J. FAGEL (Cal. Bar No. 154425)
   ROBERT L. TASHJIAN (Cal. Bar No. 191007)
2      tashjianr@sec.gov
   ELENA RO (Cal. Bar No. 197308)
3      roe@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE
5  COMMISSION
   44 Montgomery Street, Suite 2600
6  San Francisco, California  94104
   Telephone:  (415) 705-2500
7  Facsimile:   (415) 705-2501

*E-FILED - 6/23/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 10-cv-1358 RMW |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [] ORDER EXTENDING TIME FOR DEFENDANT STEPHEN C. BOND TO ANSWER AND SETTING CASE MANAGEMENT CONFERENCE SCHEDULE |
| STEPHEN C. BOND, | |
| Defendant. | |

Plaintiff Securities and Exchange Commission (the "Commission") filed this action on March 31, 2010. Defendant Stephen C. Bond waived service of the Complaint, extending his time to answer or otherwise respond to the Complaint to June 1, 2010. *See* Docket No. 4. The parties currently must file a Case Management Statement by June 18, 2010. A Case Management Conference is currently scheduled for June 25, 2010.

This action has been related to another matter pending in this Court, *SEC v. Albert K. Hu, et al.*, Case No. 09-cv-1777 RMW (N.D. Cal.). *See* Docket No. 9. A Case Management Conference is currently scheduled in the *Hu* matter on June 4, 2010.

Counsel have met to discuss a schedule for responding to the Complaint, exchanging initial disclosures, discussing Alternative Dispute Resolution ("ADR"), and setting an Initial Case Management Conference, as well as attempting to harmonize the schedule with the *Hu* matter. The parties agreed to the following:

1. Defendant Bond may have an additional 60 days to answer or otherwise respond to the Complaint. Pursuant to Local Rule 6-1(a), the parties therefore stipulate that Defendant Bond must answer or otherwise respond to the Complaint on or before **August 1, 2010**.

2. The parties further agree and stipulate that the last day to (1) file an ADR Certification pursuant to Local Rule 16-8(b) and ADR Local Rule 305(b); and (2) file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Local Rule 16-8(c) and ADR Local Rules 305(b) and 305(c) shall be no later than **August 27, 2010**.

3. The parties further agree and stipulate that the last day to meet to discuss initial disclosures and a discovery plan pursuant to Rule 26(f) of the Rules of Civil Procedure shall be no later than **August 27, 2010**.

4. The parties further agree and stipulate that the last day to file the parties' Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file a Case Management Statement pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16-9 shall be no later than **September 10, 2010**.

1  5. Pursuant to Local Rule 16-2(e), the parties further agree and stipulate that the Initial Case Management Conference shall be held on **September 17, 2010, at 10:30 a.m.**, or as soon as the Court is otherwise available.

STIPULATED AND AGREED.

Dated: May 27, 2010          Respectfully submitted,

                             /s/ Robert L. Tashjian
                             ROBERT L. TASHJIAN
                             Attorney for Plaintiff
                             SECURITIES AND EXCHANGE COMMISSION

Dated: May 27, 2010

                             /s/ Gail Shifman

                             GAIL SHIFMAN
                             LAW OFFICES OF GAIL SHIFMAN
                             44 Montgomery Street, Suite 3850
                             San Francisco, CA 94104
                             Telephone: (415) 551-1500
                             Facsimile: (415) 551-1502
                             Cal. Bar. No. 147334

                             Attorneys for Defendant
                             STEPHEN C. BOND

\*       \*       \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __6/23__, 2010

                             _Ronald M. Whyte_
                             UNITED STATES DISTRICT COURT JUDGE