**GAIL SHIFMAN**
**Attorney at Law**
**State Bar No. 147334**
**44 Montgomery Street, Suite 3850**
**San Francisco, CA  94104**
**Telephone: (415) 551-1500**
**Facsimile:  (415) 551-1502**

*E-FILED - 6/15/11*

**Attorney for Defendant**
**STEPHEN C. BOND**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORIA

### SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. CV 10-1358 RMW |
|     **Plaintiff,** | **(Related to C-09-01177-RMW)** |
| | **STIPULATION AND []** |
| **STEPHEN C. BOND,** | **ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
|     **Defendant.** | |

WHEREAS, the Court scheduled a further Case Management Conference for June 17, 2011;

WHEREAS, Gail Shifman, counsel for defendant Stephen Bond in this action, became unavailable to attend the Case Management Conference on June 17, 2011 because she became co-chair of the National Association of Criminal Defense Attorney's West Coast White Collar Conference being held in Lake Tahoe on the same date;

WHEREAS, the criminal trial of Albert Hu in Case no. CR09- 0487 RMW is now scheduled for March 5, 2012;

WHEREAS, the parties agreed and the Court concurred at the last CMC conference held in this matter that this case would trail the criminal trial of Albert Hu because the criminal allegations

1

against Mr. Hu are also the subject matter of the related case *Securities and Exchange Commission vs. Hu*, et al., case no. CV 09- 00177 RMW, which is related to this case;

    WHEREAS, counsel agreed to approach the Court to request rescheduling the Case Management Conference;

    WHEREAS, counsel for the parties recommend that the next date for the Case Management Conference in this action be scheduled for October 7, 2011 at 10:30 a.m.; and

    THEREFORE, pursuant to Rules 7-12 and 16(e) of the Court's Local Rules, and the Court's Standing Order Regarding Case Management in Civil Cases, the parties agree to request that the Case Management Conference scheduled for June 17, 2011, be taken off calendar and rescheduled for October 7, 2011 at 10:30 a.m.

IT IS SO STIPULATED.

DATED: June 9, 2011            */s/ Robert L. Tashjian*_____
                                                     ROBERT L. TASHJIAN
                                                     Attorney for Plaintiff
                                                     SECURITIES AND EXCHANGE
                                                     COMMISSION

DATED: June 9, 2011            */s/ Gail Shifman*_____
                                                     GAIL SHIFMAN
                                                     Attorney for Defendant
                                                     STEPHEN C. BOND

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June __15__, 2011

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE