MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
  tashjianr@sec.gov
ELENA RO (Cal. Bar No. 197308)
  roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:   (415) 705-2501

# Filed

APR 1 1 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  09-CV-1177 RMW |
| Plaintiff, | |
| vs. | STATUS RTEPORT, STIPULATION, AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE |
| ALBERT K. HU, ASENQUA, INC., ASENQUA CAPITAL MANAGEMENT, LLC, AQC ASSET MANAGEMENT, LTD., and FIRESIDE CAPITAL MANAGEMENT, LTD., | **The Hon. Ronald M. Whyte** **Case Management Conference** **Date:  April 13, 2012** **Time:  10:30 a.m.** **Courtroom 6** |
| Defendants. | |
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 10-CV-1358 RMW |
| Plaintiff, | |
| vs. | |
| STEPHEN C. BOND | |
| Defendant. | |

1    WHEREAS, the Court scheduled a further Case Management Conference on April 13,
2    2011;

3    WHEREAS, jury selection in the criminal trial of defendant Albert Hu, Case no. 09-
4    cr-0487 RMW, is scheduled to begin on June 4, 2012;

5    WHEREAS, the parties have agreed and the Court has previously concurred that these
6    matters would trail Mr. Hu's criminal trial because the criminal allegations against Mr. Hu are
7    related to the civil claims filed by plaintiff Securities and Exchange Commission
8    ("Commission") in these matters;

9    WHEREAS, Mr. Hu and defendants Asenqua, Inc., Asenqua Capital Management,
10   LLC, AQC Asset Management, Ltd., and Fireside Capital Management, Ltd. are not
11   represented in the Commission's civil action;

12   WHEREAS, pursuant to discussions with the Court, the parties have refrained from
13   taking discovery pending the outcome of the criminal charges against Mr. Hu;

14   WHEREAS, counsel for the Commission and counsel for defendant Stephen C. Bond
15   have met and conferred about the upcoming Case Management Conference and the required
16   Joint Case Management Statement;

17   WHEREAS, counsel for the Commission and counsel for Mr. Bond participated in an
18   Alternative Dispute Resolution telephone conference on April 11, 2012, at which the parties,
19   with the concurrence of the ADR staff, agreed to schedule an ADR telephone conference
20   following Mr. Hu's criminal trial on July 12, 2012, at 2:00 p.m.;

21   WHEREAS, counsel agreed to approach the Court to request rescheduling the Case
22   Management Conference for a date following Mr. Hu's criminal trial; and

23   WHEREAS, counsel for the parties recommend that the next date for the Case
24   Management Conference in this action be scheduled for July 20, 2012.

25   //
26   //
27   //
28

STIPULATION AND [PROPOSED] ORDER          - 1 -       09-CV-01177 RMW/10-CV-01358 RMW

1  THEREFORE, pursuant to Rules 7-12 and 16(e) of the Court's Local Rules, and the

2  Court's Standing Order Regarding Case Management in Civil Cases, the parties agree to

3  request that the Case Management Conference scheduled for April 13, 2012, be taken off-

4  calendar and rescheduled for July 20, 2012, at 10:30 a.m.

5      IT IS SO STIPULATED.

6  DATED: April 11, 2012                          */s/ Robert L. Tashjian*
                                            ROBERT L. TASHJIAN

7

8                                              Attorney for Plaintiff
                                          SECURITIES AND EXCHANGE
                                          COMMISSION

9

10  DATED: April 11, 2012                          */s/ Gail Shifman*

11                                            GAIL SHIFMAN
                                          LAW OFFICES OF GAIL SHIFMAN

12                                            44 Montgomery Street, Suite 3850
                                          San Francisco, CA 94104

13                                            Telephone: (415) 551-1500
                                          Facsimile: (415) 551-1502
                                          Cal. Bar. No. 147334

14

15                                            Attorneys for Defendant
                                          STEPHEN C. BOND

16

17                            *       *       *

18

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20  Dated this _11_ day of April, 2012.

21

22                             *Ronald m West*

23                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28