UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 20, 2012

Case No. C-09-01177-RMW            JUDGE: Ronald M. Whyte            TIME IN: *15 mins.*

S.E.C.                                    -V- HU, et al.
Title

Case No. C-10-01358-RMW

S.E.C.                                    -V- BOND
Title

R. Tashjian                              No Appearance (Hu) & G. Shifman (Bond)
Attorneys Present (Plaintiff)            Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia              COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The parties agreed on a schedule: As to defendant Hu: Motion Hearing set for 11/30/12 @ 9:00 AM. As to defendant Bond: Trial set for 6/3/13 @ 1:30 PM; Pretrial Conference set for 5/23/13 @ 2:00 PM; Motion Hearing set for 4/26/13 @ 9:00 AM; Discovery cutoff 2/28/13. Parties are referred to Magistrate Judge Spero or Magistrate Judge Beeler for a settlement conference in January 2013. Plaintiff to prepare order following the conference.