1  MARC J. FAGEL (Cal. Bar No. 154425)
   ROBERT TASHJIAN (Cal. Bar No. 191007)
2      tashjianr@sec.gov
   ELENA RO(Cal. Bar No. 197308)
3      roe@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE
5  COMMISSION
   44 Montgomery Street, Suite 2800
6  San Francisco, California  94104
   Telephone:  (415) 705-2500
7  Facsimile:   (415) 705-2501

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
   SECURITIES AND EXCHANGE COMMISSION,     Case No.  09-CV-1177 RMW
12
                 Plaintiff,
13                                          [~~PROPOSED~~] ORDER SETTING
        vs.                                 DISCOVERY SCHEDULE, SETTLEMENT
14                                          CONFERENCE, AND TRIAL
   ALBERT K. HU,
15 ASENQUA, INC.,                               The Hon. Ronald M. Whyte
   ASENQUA CAPITAL MANAGEMENT, LLC,             Courtroom 6, Fourth Floor
16 AQC ASSET MANAGEMENT, LTD., and
   FIRESIDE CAPITAL MANAGEMENT, LTD.,
17
                 Defendants.
18
   SECURITIES AND EXCHANGE COMMISSION,     Case No. 10-CV-1358 RMW
19
                 Plaintiff,
20
        vs.
21
   STEPHEN C. BOND
22
                 Defendant.
23

24

25

26

27

28

1    This matter came before the Court at the Case Management Conference, held on

2    July 20, 2012.  The Court received and considered the Further Case Management Conference

3    Statement filed on July 13, 2012, in both of the above-captioned matters.  *See* Dkt. 88 (*SEC v.*

4    *Hu*, Case No. 09-cv-1177 RMW) (the "*Hu* matter"); Dkt. 29 (*SEC v. Bond*, Case No. 10-cv-

5    1358 RMW) (the "*Bond* matter").

6    Pursuant to the Court's direction, plaintiff Securities and Exchange Commission (the

7    "Commission") and defendant Stephen C. Bond submit this Joint Case Management

8    Statement.  Defendant Albert Hu and the entity defendants, Asenqua, Inc., Asenqua Capital

9    Management, LLC, AQC Asset Management, Ltd., and Fireside Capital Management, Ltd.

10   are not represented in this action and did not appear at the Case Management Conference on

11   July 20, 2012.  The Commission will serve this proposed Order on Hu by mail in custody, as

12   well as provide a copy to counsel who represented him in the related criminal matter

13   captioned *United States v. Albert Ke-Jeng Hu*, Case No. CR-09-00487 RMW (N.D. Cal. filed

14   May 6, 2009).

15   Good cause appearing,

16   IT IS ORDERED THAT:

17   The last day to hear dispositive motions in the *Hu* matter shall be November 30, 2012.

18   The last day to complete discovery shall be February 28, 2013.

19   The last day to hear dispositive motions in the *Bond* matter shall be April 26, 2013.

20   The pre-trial conference shall be held on May 23, 2013.

21   Trial shall commence on  June 3, 2013.

22

23

24

25

26

27

28

1    The parties are hereby referred to a settlement conference before Magistrate Judge

2  Beeler or Magistrate Judge Spero to be held in the San Francisco Division on a date to be set

3  in January 2013.

4

5    Dated this'': day of Cʷi ᴡᴜᴠ, 2012.

6

7

8    _Ronald M. Whyte_
   _____

9              UNITED STATES DISTRICT JUDGE

10  Approved as to form:

11  _/s/ Robert L. Tashjian_
   ROBERT L. TASHJIAN
12

13  Attorney for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION

14

15  _/s/ Gail Shifman_
   GAIL SHIFMAN
16  LAW OFFICES OF GAIL SHIFMAN
   44 Montgomery Street, Suite 3850
17  San Francisco, CA 94104
   Telephone: (415) 551-1500
18  Facsimile: (415) 551-1502
   Cal. Bar. No. 147334
19
   Attorneys for Defendant
20  STEPHEN C. BOND

21

22

23

24

25

26

27

28