MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
 tashjianr@sec.gov
ELENA RO (Cal. Bar No. 197308)
 roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT K. HU,<br>ASENQUA, INC.,<br>ASENQUA CAPITAL MANAGEMENT, LLC,<br>AQC ASSET MANAGEMENT, LTD., and<br>FIRESIDE CAPITAL MANAGEMENT, LTD.,<br><br>Defendants. | Case No. 09-CV-1177 RMW<br><br>JOINT REQUEST AND [PROPOSED] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE<br><br>**The Hon. Laurel Beeler**<br>**Settlement Conference**<br>**Date: January 23, 2013**<br>**Time: 10:30 a.m.**<br>**450 Golden Gate Ave., San Francisco**<br>**Courtroom C** |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN C. BOND<br><br>Defendant. | Case No. 10-CV-1358 RMW |

WHEREAS, the Court by Order dated August 8, 2012, set a trial date of June 3, 2013 in this matter [*see Bond* Dkt. 91];

WHEREAS, the Court also ordered a Settlement Conference "on a date to be set in January 2013" [*id.*];

WHEREAS, the parties received a Notice and Order Regarding Settlement Conference on August 9, 2012 [*see Hu* Dkt. 34] (the "Settlement Conference Order"), scheduling the Settlement Conference on January 23, 2013;

WHEREAS, counsel for plaintiff Securities and Exchange Commission (the "Commission") and counsel for defendant Stephen C. Bond have engaged in on-going discussions to resolve the claims against Mr. Bond;

WHEREAS, counsel for the Commission and counsel for Mr. Bond believe that the parties are close to reaching a resolution;

WHEREAS, counsel for the Commission has not been in contact with defendant Albert Hu and defendants Asenqua, Inc., Asenqua Capital Management, LLC, AQC Asset Management, Ltd., and Fireside Capital Management, Ltd., who are not represented in the Commission's civil action;

WHEREAS, counsel for the Commission intends to file a dispositive motion against Mr. Hu and Asenqua defendants based on, among other things, the verdict against Mr. Hu and the anticipated final judgment against him in the related criminal proceedings;

WHEREAS, counsel for Mr. Bond underwent a medical procedure on January 11, 2013, and is currently recovering and unable to participate in the scheduled Settlement Conference on January 23, 2013;

WHEREAS, in light of counsel's medical recovery and the current status of settlement discussions, the parties agreed to request a continuance of the Settlement Conference; and

WHEREAS, pursuant to Paragraph (F) of the Settlement Conference Order, the parties have reviewed the Judge Beeler's calendar and propose May 17, 2013, at 9:30 a.m. for the Settlement Conference.

THEREFORE, pursuant to Paragraph (F) of the Settlement Conference Order, the parties agree to request Judge Whyte's approval that the Settlement Conference be scheduled after January 2013, and request Judge Beeler's Order scheduling the Settlement Conference on May 17, 2013, at 9:30 a.m.

IT IS SO STIPULATED.

DATED: January 15, 2013  */s/ Robert L. Tashjian*
ROBERT L. TASHJIAN

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

DATED: January 15, 2013  */s/ Gail Shifman*
GAIL SHIFMAN
LAW OFFICES OF GAIL SHIFMAN
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 551-1500
Facsimile: (415) 551-1502
Cal. Bar. No. 147334

Attorneys for Defendant
STEPHEN C. BOND

\*     \*     \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this __ day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE