```
 1  MARC J. FAGEL (Cal. Bar No. 154425)
    ROBERT TASHJIAN (Cal. Bar No. 191007)
 2      tashjianr@sec.gov
    ELENA RO (Cal. Bar No. 197308)
 3      roe@sec.gov

 4  Attorneys for Plaintiff
    SECURITIES AND EXCHANGE
 5  COMMISSION
    44 Montgomery Street, Suite 2800
 6  San Francisco, California 94104
    Telephone: (415) 705-2500
 7  Facsimile: (415) 705-2501
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT K. HU,<br>ASENQUA, INC.,<br>ASENQUA CAPITAL MANAGEMENT, LLC,<br>AQC ASSET MANAGEMENT, LTD., and<br>FIRESIDE CAPITAL MANAGEMENT, LTD.,<br><br>Defendants. | Case No. 09-CV-1177 RMW<br><br>JOINT REQUEST AND [] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE<br><br>**The Hon. Laurel Beeler**<br>**Settlement Conference**<br>**Date: January 23, 2013**<br>**Time: 10:30 a.m.**<br>**450 Golden Gate Ave., San Francisco**<br>**Courtroom C** |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN C. BOND<br><br>Defendant. | Case No. 10-CV-1358 RMW |

1     WHEREAS, the Court by Order dated August 8, 2012, set a trial date of June 3, 2013
2  in this matter [*see Bond* Dkt. 91];

3     WHEREAS, the Court also ordered a Settlement Conference "on a date to be set in
4  January 2013" [*id.*];

5     WHEREAS, the parties received a Notice and Order Regarding Settlement Conference
6  on August 9, 2012 [*see Hu* Dkt. 34] (the "Settlement Conference Order"), scheduling the
7  Settlement Conference on January 23, 2013;

8     WHEREAS, counsel for plaintiff Securities and Exchange Commission (the
9  "Commission") and counsel for defendant Stephen C. Bond have engaged in on-going
10 discussions to resolve the claims against Mr. Bond;

11    WHEREAS, counsel for the Commission and counsel for Mr. Bond believe that the
12 parties are close to reaching a resolution;

13    WHEREAS, counsel for the Commission has not been in contact with defendant
14 Albert Hu and defendants Asenqua, Inc., Asenqua Capital Management, LLC, AQC Asset
15 Management, Ltd., and Fireside Capital Management, Ltd., who are not represented in the
16 Commission's civil action;

17    WHEREAS, counsel for the Commission intends to file a dispositive motion against
18 Mr. Hu and Asenqua defendants based on, among other things, the verdict against Mr. Hu and
19 the anticipated final judgment against him in the related criminal proceedings;

20    WHEREAS, counsel for Mr. Bond underwent a medical procedure on January 11,
21 2013, and is currently recovering and unable to participate in the scheduled Settlement
22 Conference on January 23, 2013;

23    WHEREAS, in light of counsel's medical recovery and the current status of settlement
24 discussions, the parties agreed to request a continuance of the Settlement Conference; and

25    WHEREAS, pursuant to Paragraph (F) of the Settlement Conference Order, the parties
26 have reviewed the Judge Beeler's calendar and propose May 17, 2013, at 9:30 a.m. for the
27 Settlement Conference.

28

STIPULATION AND [] ORDER     - 1 -     09-CV-01177 RMW/10-CV-01358 RMW

| | |
|---|---|
| 1 | THEREFORE, pursuant to Paragraph (F) of the Settlement Conference Order, the parties agree to request Judge Whyte's approval that the Settlement Conference be scheduled after January 2013, and request Judge Beeler's Order scheduling the Settlement Conference on May 17, 2013, at 9:30 a.m. |

IT IS SO STIPULATED.

DATED:  January 15, 2013       /s/ Robert L. Tashjian
                               ROBERT L. TASHJIAN

                               Attorney for Plaintiff
                               SECURITIES AND EXCHANGE
                               COMMISSION

DATED:  January 15, 2013       /s/ Gail Shifman
                               GAIL SHIFMAN
                               LAW OFFICES OF GAIL SHIFMAN
                               44 Montgomery Street, Suite 3850
                               San Francisco, CA 94104
                               Telephone: (415) 551-1500
                               Facsimile: (415) 551-1502
                               Cal. Bar. No. 147334

                               Attorneys for Defendant
                               STEPHEN C. BOND

                          *     *     *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this _38 day of January, 2013.

*Ronald M. Whyte*

UNITED STATES DISTRICT JUDGE