MICHAEL S. DICKE (Cal. Bar No. 158187)
ROBERT TASHJIAN (Cal. Bar No. 191007)
   tashjianr@sec.gov
ELENA RO (Cal. Bar No. 197308)
   roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:   (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

          vs.

STEPHEN C. BOND,

                    Defendant.

Case No. 10-CV-1358 RMW

STATUS UPDATE AND JOINT REQUEST
TO SUSPEND SETTLEMENT CONFERENCE
AND TRIAL DATE WITH []
ORDER

1   WHEREAS, the Court by Order dated August 8, 2012, set a trial date of June 3, 2013

2   in this matter [*see* Dkt. 33];

3   WHEREAS, the Court also ordered a Settlement Conference before Magistrate Judge

4   Laurel Beeler, currently scheduled for May 17, 2013 [Dkt. 36];

5   WHEREAS, counsel for plaintiff Securities and Exchange Commission (the

6   "Commission") and defendant Stephen C. Bond, through counsel, have engaged in on-going

7   discussions to resolve the claims at issue in this matter for some time;

8   WHEREAS, the parties recently reached an agreement in principle to resolve this

9   matter completely without trial;

10   WHEREAS, counsel for the Commission has agreed to recommend that the

11   Commission accept the proposed resolution;

12   WHEREAS, in the ordinary course of business, the Commission's process for

13   considering settlement proposals can take up to eight weeks; and

14   WHEREAS, counsel for the Commission and counsel for Mr. Bond jointly request

15   that the Court suspend the Settlement Conference and the Pretrial and Trial dates until the

16   Commission has an opportunity to consider the proposed resolution.

17   THEREFORE, subject to the Court's approval, the parties hereby stipulate to the

18   following—

19       1. The Settlement Conference, currently scheduled for May 17, 2013, is taken

20          off-calendar and the parties' obligation to submit settlement conference

21          statements is suspended;

22       2. The Pretrial Conference, currently scheduled for May 23, 2013, is taken off-

23          calendar and the parties' obligation to submit pretrial statements and other

24          papers is suspended;

25       3. Trial, currently scheduled to commence June 3, 2013, is taken off-calendar;

26       4. The Court shall set a Case Management Conference on Friday, August ; , 2013,

27          at 10:30 a.m., or at such date and time as the Court shall determine, to discuss

28          the status of this matter; and

5. The Case Management Conference shall be taken off-calendar in the event that the Court enters a proposed Final Judgment, as submitted by the parties, to resolve this matter completely.

IT IS SO STIPULATED.

DATED:  May 2, 2013          */s/ Robert L. Tashjian*
                            ROBERT L. TASHJIAN

                            Attorney for Plaintiff
                            SECURITIES AND EXCHANGE
                            COMMISSION

DATED:  May 2, 2013          */s/ Gail Shifman*
                            GAIL SHIFMAN
                            LAW OFFICES OF GAIL SHIFMAN
                            601 California Street, Suite 1800
                            San Francisco, CA  94108
                            Telephone: (415) 551-1500
                            Facsimile: (415) 551-1502
                            Cal. Bar. No. 147334

                            Attorneys for Defendant
                            STEPHEN C. BOND

*               *               *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this __ day of May, 2013.

_____

UNITED STATES DISTRICT JUDGE