```
1  MICHAEL S. DICKE (Cal. Bar No. 158187)
   ROBERT TASHJIAN (Cal. Bar No. 191007)
2     tashjianr@sec.gov
   ELENA RO (Cal. Bar No. 197308)
3     roe@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE
5  COMMISSION
   44 Montgomery Street, Suite 2800
6  San Francisco, California  94104
   Telephone:  (415) 705-2500
7  Facsimile:   (415) 705-2501
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN C. BOND,<br><br>Defendant. | Case No. 10-CV-1358 RMW<br><br>JOINT REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF-CALENDAR AND [] ORDER |

1  WHEREAS, the parties have reached a proposed resolution to this matter and filed
2  defendant Stephen C. Bond's Consent to a Proposed Final Judgment for the Court's
3  consideration and approval;

4  WHEREAS, by Order entered May 9, 2013, the Court scheduled a Case Management
5  Conference for August 9, 2013 [Dkt. 38]; and

6  WHEREAS, the parties agreed to request that the Case Management Conference be
7  taken off-calendar in light of the proposed resolution.

8  THEREFORE, subject to the Court's approval, the parties hereby stipulate that the
9  Case Management Conference currently scheduled for August 9, 2013, at 32:30 a.m. be taken
10 off-calendar.

14  IT IS SO STIPULATED.

17  DATED: August 2, 2013          /s/ Robert L. Tashjian
                                   ROBERT L. TASHJIAN
18
                                   Attorney for Plaintiff
19                                 SECURITIES AND EXCHANGE
                                   COMMISSION
20

21  DATED: August 2, 2013          /s/ Gail Shifman
                                   GAIL SHIFMAN
22                                 LAW OFFICES OF GAIL SHIFMAN
                                   601 California Street, Suite 1800
23                                 San Francisco, CA 94108
                                   Telephone: (415) 551-1500
24                                 Facsimile: (415) 551-1502
                                   Cal. Bar. No. 147334
25
                                   Attorneys for Defendant
26                                 STEPHEN C. BOND

1                                \*　　\*　　\*

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 Dated this ï__ day of August, 2013.

*Ronald M. Whyte*
_____

UNITED STATES DISTRICT JUDGE

JOINT REQUEST AND [] ORDER           - 2 -           10-CV-1358 RMW