1 | MICHAEL S. DICKE (Cal. Bar No. 158187)
   | ROBERT TASHJIAN (Cal. Bar No. 191007)
2 |    tashjianr@sec.gov
   | ELENA RO (Cal. Bar No. 197308)
3 |    roe@sec.gov

4 | Attorneys for Plaintiff
   | SECURITIES AND EXCHANGE
5 | COMMISSION
   | 44 Montgomery Street, Suite 2800
6 | San Francisco, California 94104
   | Telephone: (415) 705-2500
7 | Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 10-CV-1358 RMW |
|---|---|
| Plaintiff, | JOINT REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF-CALENDAR AND [] ORDER |
| vs. | |
| STEPHEN C. BOND, | |
| Defendant. | |

1     WHEREAS, the parties have reached a proposed resolution to this matter and filed
2 defendant Stephen C. Bond's Consent to a Proposed Final Judgment for the Court's
3 consideration and approval;

4     WHEREAS, by Order entered May 9, 2013, the Court scheduled a Case Management
5 Conference for August 9, 2013 [Dkt. 38]; and

6     WHEREAS, the parties agreed to request that the Case Management Conference be
7 taken off-calendar in light of the proposed resolution.

8     THEREFORE, subject to the Court's approval, the parties hereby stipulate that the
9 Case Management Conference currently scheduled for August 9, 2013, at 32:30 a.m. be taken
10 off-calendar.

14     IT IS SO STIPULATED.

17 DATED: August 2, 2013      */s/ Robert L. Tashjian*
    ROBERT L. TASHJIAN
18
    Attorney for Plaintiff
19     SECURITIES AND EXCHANGE
    COMMISSION
20

21 DATED: August 2, 2013      */s/ Gail Shifman*
    GAIL SHIFMAN
22     LAW OFFICES OF GAIL SHIFMAN
    601 California Street, Suite 1800
23     San Francisco, CA 94108
    Telephone: (415) 551-1500
24     Facsimile: (415) 551-1502
    Cal. Bar. No. 147334
25
    Attorneys for Defendant
26     STEPHEN C. BOND

| | |
|---|---|
| 1 | * * * |
| 2 | |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 4 | Dated this ï__ day of August, 2013. |

*Ronald M. Whyte*

_____

UNITED STATES DISTRICT JUDGE